UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CLEVEN SMASH,

       Petitioner,

v.                                                Case No. 05-CV-74440-DT

CARMEN PALMER,

       Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Habeas Corpus Petition," dated July 31, 2006,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Carmen Palmer and against Petitioner Cleven Smash.

Dated at Detroit, Michigan, this 31st day of July 2006.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                    ____s/Lisa Wagner_____
                                                    By:  Lisa Wagner, Case Manager
                                                       to Judge Robert H. Cleland